AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Kansas

FILED
U.S. District Court
District of Kansas

JUL 30 2019

Clerk, U.S. District Court
By _____ Deputy Clerk

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>information associated with the facebook user name:<br>Facebook.com/adrian.oliver (100035862758360)<br>that is stored at premises controlled by Facebook, Inc. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 19-m-6129-01-KGG

FILED UNDER SEAL

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Northern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | possession with intent to distribute and distribution of a controlled substance. |
| 18 U.S.C. § 924(c) | possession of a firearm in furtherance of a drug trafficking crime |

The application is based on these facts:

☑ Continued on the attached sheet.

☑ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

3539

SA/ATF

*Applicant's signature*

Aaron L. Chaffee, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 30, 2019

*Judge's signature*

City and state:  Wichita, Kansas

Kenneth G. Gale, U.S. Magistrate Judge
*Printed name and title*



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH **FACEBOOK USER NAMES:** **Facebook.com/adrian.oliver (100035862758360)** THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | 19-m-6129-01-KGG |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, Aaron Chaffee, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. Affiant has been employed as a Special Agent of the ATF since January 2015. Affiant is currently assigned to the Wichita Field Office in Wichita, KS. As a Special Agent with ATF, affiant attended the Federal Law Enforcement Training Center's Criminal Investigator Training Program and ATF Special Agent Basic Training. Prior to being employed by ATF, affiant was employed by the Wichita Police Department ("WPD"), affiant was employed as a Special Community Action Team officer ("SCAT") and a Gang Intelligence Officer, that specialized in violent crime and drug related investigations. As a Special Agent with ATF and/or WPD, affiant has received training in arson, explosives, firearms, tobacco, violent crime, gang related investigation and drug trafficking investigations. As a Special Agent with ATF and/or WPD, affiant has conducted and/or participated in investigations involving, explosives, firearms, controlled substances, and violent crimes. Affiant has utilized confidential informants to obtain information and

evidence, conducted thousands of interviews of suspects and witnesses, written and executed both federal and state search warrants, and written and executed state arrest warrants. Affiant has conducted and/or participated in investigations resulting in the seizure of contraband, currency, vehicles, and other evidentiary items related to drug and violent crime investigations. Throughout those investigations, I have become familiar with how computers and social media are used throughout the "criminal world". I have become aware that information stored by social media companies on behalf of its subscribers and users can assist law enforcement in criminal investigations.

2.      I make this affidavit in support of an application for a search warrant for information associated with certain Facebook usernames that are stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID's. The information to be disclosed by Facebook is described in Attachment A, which will be searched by law enforcement for the information described in Attachment B.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

2

## PROBABLE CAUSE

4.      From speaking with agents and investigators involved in this investigation, from reviewing

written reports regarding this investigation, and from my personal involvement in this

investigation, affiant knows the following:

      a.      On or around May 29, 2019, your affiant learned Adrian JOHNSON, a/k/a Adrian

Oliver, was contacted during a traffic stop by the Wichita Police Department

(WPD) for not wearing his seat belt and not having a valid driver's license.

JOHNSON was the sole occupant of the vehicle. During the contact, WPD

officers could smell marijuana and they conducted a search of the vehicle. During

a search of the vehicle WPD officers located a loaded Glock firearm. The officers

and Adrian JOHNSON were both aware he was previously convicted of a felony

offense and could not lawfully possess a firearm.

      b.      After learning of Adrian JOHNSON's arrest, your affiant reviewed Adrian

JOHNSON's social media pages. On these pages, your affiant observed several

videos of Adrian JOHSNON possessing a firearm and possessing suspected

marijuana. In one video, it appears Adrian JOHNSON is packaging the suspected

marijuana for individuals to purchase. Upon further examination of a separate

videos, your affiant noticed the firearm in videos was had similar characteristics to

the firearm seized during the May 29, 2019 arrest, i.e., same make, same model,

same color, both semi-automatic, similar slides, and similar frames. The following

are clips of the videos:

3

i.  (Snapchat, 5/25/19)

ii.  (Snapchat, 5/15/19)

c.  On June 7, 2019, your affiant observed the Facebook page of Adrian JOHNSON
and observed a video of him possessing a larger quantity of marijuana. Your
affiant knows through my training and experience working drug related
investigations that this is typically more than simple possession and is likely
intended for distribution. The following is a screen shot of the video:



i.

5



ii.

5.   Along with reviewing Adrian JOHNSON's Facebook, an open source research identified

the following Facebook user name being used by Adrian JOHNSON;

**Facebook.com/ adrian.oliver (100035862758360)**

6.   Your affiant knows Adrian JOHNSON and his associates regularly communicate, sharing

posts, comments, "likes" and posting photographs with each other utilizing social media,

such as Facebook. Your affiant has conducted investigations where individuals

advertised, arranged and conducted business, including but not limited to, selling drugs

and/or firearms using social media platforms such as Facebook and Snapchat. Through this investigation, it was common for individuals to take photographs and/or videos of aforementioned items to use to assist in conducting business.

7.     Your affiant queried Adrian JOHNSON's criminal history and learned he has the following convictions: 2009 - Aggravated Robbery (Felony Theft, 09CR1455); 2013 - Possession Of Opiates (Conviction, 13CR79), 2013 - Contempt of Court and Aggravated Child Endangerment (Agg Child Endangerment x3 Conviction, 13CR1990). Adrian JOHNSON is currently prohibited from possessing firearms and/or ammunition.

8.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that evidence of possession with intent to distribute and distribution of a controlled substance in violation 21 U.S.C. § 841(a)(1) will be found in "Facebook". The facts in this affidavit come from my personal observations, my training and experience, and information obtained from special agents, other law enforcement officers, and witnesses. From these things, I have learned that:

A.     Individuals involved in firearm and drug distribution commonly use cellular telephones, "smart phones", desktop and notebook computers, and/or other similar electronic devices, to produce and/or display their illicit activities;

B.     On such devices, these individuals are known to access and post to social media platforms such as Facebook, YouTube, Twitter, Instagram, etc. to promote their illicit lifestyle.

C.     These postings are an attempt to further their criminal influence by highlighting their fearless attitude, willingness to use violence, and overall availability of

7

firearms and drugs, which are made much more efficient and far reaching through social media systems.

D.   Firearm and drug traffickers also utilize Facebook programs and functions commonly referred to as Facebook "Messenger" to communicate about their various criminal activities.

**TECHNICAL BACKGROUND RELATING TO FACEBOOK**

9.   Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.  Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

10.   Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.  Facebook also assigns a user identification number to each account.

11.   Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  Facebook assigns a group identification number to each group.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for

purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

12.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

13.     Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

9

14.     Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

15.     Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

16.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

17.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as

webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

18.   Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

19.   Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

20.   Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

21.   The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

22.   Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

23.   In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a

Facebook user accesses or uses one of these applications, an update about the user's access or use of that application may appear on the user's profile page.

24. Some Facebook pages are affiliated with groups of users, rather than one individual user. Membership in the group is monitored and regulated by the administrator or head of the group, who can invite new members and reject or accept requests by users to enter. Facebook can identify all users who are currently registered to a particular group and can identify the administrator and/or creator of the group. Facebook uses the term "Group Contact Info" to describe the contact information for the group's creator and/or administrator, as well as a PDF of the current status of the group profile page.

25. Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

26. Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

12

27.    Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

28.    As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, a Facebook user's "Neoprint," IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time.  Further, Facebook account activity can show how and when the account was accessed or used.  For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date.  By determining the physical location associated with the

13

logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

29.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

30.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B,

14

government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

31.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that evidence of possession with intent to distribute and distribution of a controlled substance in violation 21 U.S.C. § 841(a)(1). Accordingly, a search warrant is requested.

32.     This Court has jurisdiction to issue the request warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C 2711, 18 U.S.C. 2703(a), 2703(b)(1)(A) and 2703(C)(1)(A).   Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated."

33.     Pursuant to 18 U.S.C. 2703(g), the presence of a law enforcement officer not required for the service or execution of this warrant.

_____
AARON L. CHAFFEE
ATF Special Agent

Subscribed and sworn to before me on the 30th day of July 2019.

_____
KENNETH G. GALE
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF KANSAS

15

## **ATTACHMENT A**

### **Property to Be Searched**

This warrant applies to information associated with the Facebook username

      **a.  Facebook.com/adrian.oliver (100035862758360)**

that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a

company headquartered in, Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

**I.    Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A for the time period beginning on May 1, 2018, through the time period up to and including the date of the preservation request.

(a)    All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

(d)    All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification

numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)     All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f)     All "check ins" and other location information;

(g)     All IP logs, including all records of the IP addresses that logged into the account;

(h)     All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i)     All information about the Facebook pages that the account is or was a "fan" of;

(j)     All past and present lists of friends created by the account;

(k)     All records of Facebook searches performed by the account;

(l)     All information about the user's access and use of Facebook Marketplace;

(m)    The types of service utilized by the user;

(n)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o)     All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(p)     All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations possession with intent to distribute and distribution of a controlled substance in violation 21 U.S.C. § 841(a)(1) for each user ID identified on Attachment A, information pertaining to the following matters:

(a)     All records listed in Section I of this attachment pertaining to violations of 21 U.S.C. § 841(a)(1);

(b)     Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c)     Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d)     The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(e)     The identity of the person(s) who communicated with the user ID about matters relating to violations of 21 U.S.C. § 841(a)(1) including records that help reveal their whereabouts.