AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>information associated with the facebook user name:<br>Facebook.com/adrian.oliver (100035862758360)<br>that is stored at premises controlled by Facebook, Inc. | )<br>)<br>) Case No. 19-M-6129-01-KGG<br>)<br>) FILED UNDER SEAL<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   __Northern__   District of   __California__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   __Aug. 13, 2019__   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   __Kenneth G. Gale__   .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☑ until, the facts justifying, the later specific date of _____ .

Date and time issued:   __July 30, 2019 / 1400__                    _____
                                                                                                              *Judge's signature*

City and state:   __Wichita, Kansas__                                    __Kenneth G. Gale, U.S. Magistrate Judge__
                                                                                                       *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 19-6129-KGG | Date and time warrant executed: 7/30/19 | Copy of warrant and inventory left with: Facebook |
| Inventory made in the presence of: Facebook | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Facebook provided the following via email:
- All contact and personal identifying info
- All Facebook posts
- All activity logs
- All photos/videos
- All profile information
- All records of communication
- All "Check in" and location info
- All IP logs
- All records of "Likes"
- All records of "Fan of"
- All Facebook friends
- All Facebook searches
- Marketplace
- Length of Service
- Privacy Settings
- All communications between Facebook and any person regarding Facebook account.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/29/19

_____A. Chaffee_____
Executing officer's signature

Aaron Chaffee 5536         SA/ATF
Printed name and title

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Facebook username

    a.  **Facebook.com/adrian.oliver (100035862758360)**

that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in, Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

**I.      Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A for the time period beginning on May 1, 2018, through the time period up to and including the date of the preservation request.

(a)     All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)     All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c)     All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

(d)     All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification

numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e) All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f) All "check ins" and other location information;

(g) All IP logs, including all records of the IP addresses that logged into the account;

(h) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i) All information about the Facebook pages that the account is or was a "fan" of;

(j) All past and present lists of friends created by the account;

(k) All records of Facebook searches performed by the account;

(l) All information about the user's access and use of Facebook Marketplace;

(m) The types of service utilized by the user;

(n) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(p) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations possession with intent to distribute and distribution of a controlled substance in violation 21 U.S.C. § 841(a)(1) for each user ID identified on Attachment A, information pertaining to the following matters:

(a) All records listed in Section I of this attachment pertaining to violations of 21 U.S.C. § 841(a)(1);

(b) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(e) The identity of the person(s) who communicated with the user ID about matters relating to violations of 21 U.S.C. § 841(a)(1) including records that help reveal their whereabouts.